FILED

IN THE DISTRICT COURT OF THE
MIDDLE DISTRICT OF FLORIDA 2016 JAN -4  PM 2:53
ORLANDO DIVISION

SIMONE BODECKER ,                                    CASE NO.

Plaintiff.

v.                                                               6:16-cv-3-Orl-28GJK

BARBARA MCCLELLAND,

Defendant.

_____/

## NOTICE OF REMOVAL

Defendant, BARBARA MCCLELLAND, respectfully petition this Honorable Court for removal of the civil action 2015-CA-9352 from the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division, and state as follows:

1.      Petitioner has been named as a defendant in a civil action brought against him in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida entitled *SIMONE BODECKER, Plaintiff v. BARBARA MCCLELLAND*, Case No. 2015-CA-9352.  A copy of the Summonses and Complaint served in that action are attached hereto as Exhibit "A".

2.      The aforesaid action was commenced by service of process consisting of a Summons and Complaint upon Defendant on December 8, 2015.  The petitioner, MCCLELLAND, filed an answer and affirmative defenses on December 14, 2015. (Ex.

B). The last filing in this matter was a reply to defendant's affirmative defenses which Plaintiff filed on December 15, 2015. (Ex. C).

3.    The controversy herein between the Plaintiff and Defendant is a claim alleging violation of constitutional rights, false arrest under 42 U.S.C. §1983 stemming from the Plaintiff's arrest on November 16, 2014.  Specifically, Plaintiff seeks damages for violation of her Fourth, Amendment rights by virtue of the illegal and wrongful detention, as well as attorney's fees and costs pursuant to 42 U.S.C. §1988.

4.    The above-described action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. §1441 and 28 U.S.C. §1343(a)(3) and (4), in that it appears to be a civil action founded on a claim or right arising under the Constitution and laws of the United States, and because the Plaintiff seeks redress and damages under an Act of Congress.  The present action arises under the Fourth Amendment to the United States Constitution.

5.    Defendant, BARBARA MCCLELLAND is a Sergeant with the Orlando Police Department, which is the policing agency for the CITY OF ORLANDO.

6.    This Notice of Removal is filed with this Court within 30 days after service on Petitioners of the Summons and Complaint in the above-styled action and is, therefore, timely pursuant to 28 U.S.C. §1446(b).

WHEREFORE, Petitioner prays that the above-entitled action be removed from the Circuit Court in and for Orange County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division, for all further proceedings.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that On January 4, 2016 a true and correct copy of the foregoing was filed with the Clerk of the Court, which will send notice of filing to Nicholas Seidule, Esq., Attorney for Plaintiff, NSeidule@dwklaw.com.

Austin L. Moore
FBN: 643262
Assistant City Attorney
P.O. Box 4990, 3rd floor
Orlando, FL  32802-4990
Tel. (407) 246-2295
Fax. (407) 246-3889
Email Austin.moore@cityoforlando.net
Attorney for Defendant,